UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Vicente Martinez-Ocampo<br>　　　　　Defendant. | Case No. 2:12-mj-383-CWH<br><br>**ORDER RESCHEDULING HEARING** |

　　Due to a conflict on the Court's calendar,

　　**IT IS HEREBY ORDERED** that the Hearing re: Verification of Completion of Sentence currently set for Tuesday, March 19, 2013, is rescheduled to **Tuesday, March 12, 2013, at 1:30 p.m. in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr.**

　　DATED this __19th__ day of November, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　C.W. HOFFMAN, JR.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge